CHARLES E. HAFF, Respondent, *v.* THE METROPOLITAN STREET
RAILWAY CO., Appellant.

APPEAL from a judgment in favor of plaintiff.

Henry A. Robinson, for appellant.

Henry De Forest Baldwin, for respondent.

*Per Curiam.* There is evidence that the wagon was pulled
upon the track fifty feet ahead of the car and had proceeded along
in front of the car seventy feet before it was struck. This is suffi-
cient, under the other circumstances, to sustain a finding of negli-
gence on defendant's part and freedom from contributory negli-
gence on plaintiff's part.

The evidence warrants a finding of the loss of eighty-one dollars
and eighty-three cents through expense incurred in repairing, and
forty dollars through depreciation in the value of the wagon, and
of no other loss. The reasonable cost of hiring another wagon was
not shown.

As the damages were found to be $160, the judgment is modified
by reducing it $38.17, and as so modified is affirmed, without costs.

Present: TRUAX, P. J.; SCOTT and DUGRO, JJ.

Judgment modified, and as so modified affirmed, without costs.